IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA

RECEIVED

2005 JUN 10 A 9:34

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

Widney H Johnson 200033 #
Full name and prison number
of plaintiff(s)

v.

(Sgt.) Sharon Rodgers
(Lt.) Willie Copeland
And the Alabama Dept.
of Corr. -their- Employer

Name of person(s) who violated
your constitutional rights.
(List the names of all the
persons.)

CIVIL ACTION NO. 2:05CV552-F
(To be supplied by Clerk of
U.S. District Court)

I.  PREVIOUS LAWSUITS
    A.  Have you begun other lawsuits in state or federal court
        dealing with the same or similar facts involved in this
        action?  YES (   )  NO (X)

    B.  Have you begun other lawsuits in state or federal court
        relating to your imprisonment?  YES (   )  NO (X)

    C.  If your answer to A or B is yes, describe each lawsuit
        in the space below.  (If there is more than one lawsuit,
        describe the additional lawsuits on another piece of
        paper, using the same outline.)

        1.  Parties to this previous lawsuit:

            Plaintiff(s) _____

            _____

            Defendant(s) _____

            _____

        2.  Court (if federal court, name the district; if
            state court, name the county) _____

            _____

3. Docket number _____

4. Name of judge to whom case was assigned _____

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?) _____

6. Approximate date of filing lawsuit _____

7. Approximate date of disposition _____

II. PLACE OF PRESENT CONFINEMENT Staton Corr. Facility.

PLACE OF INSTITUTION WHERE INCIDENT OCCURRED Staton Correctional Center P.O. Box 56 Elmore AL 36025

III. NAME AND ADDRESS OF INDIVIDUAL(S) YOU ALLEGE VIOLATED YOUR CONSTITUTIONAL RIGHTS.

NAME                                     ADDRESS

1. (Sgt.) Sharon Rodgers    Staton Correctional P.O. Box 56 Elmore AL 36025
2. (Lt.) Willie Copeland    Staton Correctional P.O. Box 56 Elmore AL 36025
3. -And- their Employer - The State of Ala. Dept.
X. of Correction.
5. _____
6. _____

IV. THE DATE UPON WHICH SAID VIOLATION OCCURRED Feb 7, 05

V. STATE BRIEFLY THE GROUNDS ON WHICH YOU BASE YOUR ALLEGATION THAT YOUR CONSTITUTIONAL RIGHTS ARE BEING VIOLATED:

GROUND ONE: Assault in the 3rd° - Defendant (Sgt. Rodger) touch Johnson in Rudeness and/or in anger by slapping him in a hostile manner

2

STATE BRIEFLY THE FACTS WHICH SUPPORT THIS GROUND. (State as best you can the time, place and manner and person involved.)

On Feb. 7. 05 - Sgt. Rodger - Seize Mr. Johnson by apprehending him, because someone whistle at her on the compound. She arrested Johnson. And told him that she was going to make him out of a fucking example. Once at the shift office (Sgt. Rodger) slap and push Johnson.

GROUND TWO: Harrassment or Harrassing communication.

SUPPORTING FACTS: Lt. Copeland and Rodger (Sgt.) yelled and threaten Johnson in a manner so severe that he at time feared for his life. And stated to Johnson that he had did things like shot a mutha-fucker and smoke weed, and hadn't been caught. This in turn caused Johnson Emotional-distress.

GROUND THREE: Carelessness, and/or unskillfulness, Negligence.

SUPPORTING FACTS: On Feb. 7. 05 Lt. Copeland and Sgt. Rodgers. Was working as correctional officers for the State of Ala. Dept of Corr. Their Employer. In slapping Johson and threatening him. They should have known that this was excessive force. And that what they was doing was wrong and violateing Johnson 4th amendment Right. 3 8th Amendment Right

3

VI. STATE BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU. MAKE NO LEGAL ARGUMENT. CITE NO CASES OR STATUTES.

As a proximate consequence of defen. Copeland and Rodgers and the Dept. of Corr. Negligence, unskillfullness, Carelessness actions. Johnson suffer pain and stress. Johnson demands compensatory and punitive damages. For the defendants action.

_Widney H Johnson_
Signature of plaintiff(s)

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED on ___June 7, 2005___.
(Date)

_Widney H Johnson #200033_
Signature of plaintiff(s)

## STATEMENT OF THE FACTS

On this date, February 7, 2005, at approximately 11:45 am, I was standing on the sidewalk near the laundry when Sargeant (Sgt.) Sharon Rodgers (Defendant) passed by. As Sgt. Rodgers passed by the group of us that were standing on the sidewalk, someone in the group "whistled" and at this time, Sgt. Rodgers stopped and turned around and asked me did I think something was funny because I was smiling. Sgt. Rodgers then told me: (QUOTE) "I'm gonna make a fucking example out of your ass" . . . (UNQUOTE)

As Sgt. Rodgers and I were walking toward the Shift Office I attempted to explain to her (Sgt Rodgers) that I had done absolutely nothing to warrant her to write me up and she said I am not going to write you up, I'm just gonna make a fucking example out of your ass. When Sgt. Rodgers and I arrived in the Shift Office, Sgt. Rodgers immediately ordered the Inmate Shift Runner to leave the Office --- then Lieutenant (Lt.) Willie Copeland (Defendant) who was already in the Shift Office seated at his desk, re-interated to the Inmate Shift Runner --- "Get the fuck out of here"! Therefore only Lt. Copeland, Sgt. Rodgers and Correctional Officer W. Hughes and myself were the only four (4) individuals in the Shift Office at this time. At this time, Sgt. Rodgers very forcefully pushed me in my chest against the door. I immediately tried to explain to Lt. Copelan , the Senior official in the room, but Sgt. Rodgers made me "shut-up". Then Sgt. Rodgers suddenly slapped me on the left side of my face with her right hand very, very hard. Then I asked --- Why did you slap me? Suddenly, Lt. Copeland jumped up very forcefully and erratically from behind his desk with

1 of 3

baton (night stick) drawn and said --- "do you want me to slap your ass to"? Feeling absolutely helpless and totally violated for absolutely no reason, I tried to tell Lt. Copeland that I had not done anything to Sgt. Rodgers in any way nor had I whisled when she walked by. At this time, Sgt. Rodgers pulled her baton (night stick) out also and stated that she would knock my grill out of my mouth. Both Sgt. Rodgers and Lt. Copeland had their batons in their hands and were up on me in a very abusive, threatening manner and both of them did inflict bodily harm on me. Sgt. Rodgers further stated to me: (QUOTE) " Ya'll got me fucked up, I a'int Sargeant Lee" (UNQUOTE) (Referring to another female Sargeant). I, again, attempted to explain that I had not done anything to Sgt. Rodgers and then Lt. Copeland stated that he, too had done things and not gotten caught --- "like smoked weed and shot at muha-fuckers"! Lt. Copeland then asked me, where did I sleep and I stated C-Dorm, which is the After Care Dorm. Lt. Copeland then stated, "We might need to ship (transfer) you" Then Lt. Copeland asked, "how long you been at this camp?" Lt. Copeland came up very close to my face and said: (QUOTE) "At the snap of my finger I want you to leave this office and act like this never happened and don't tell nobody and just call it even. And make sure you go and shave" (UNQUOTE) Then Lt. Copeland snapped his finger and I immediately walked out of the office, leaving Lt. Copeland, Sgt. Rodgers and Correctional Officer I Hughes in the Shift Office.

I then reported to my Dorm (C-Dorm) and informed Correctional Officer Grant as to what had just occurred. COI Grant instructed me to fill out a Request Form to the Warden and inform the Warden of the

details as to what had occurred in the Shift Office on February 7, 2005. I immediately submitted a Request to Warden Leon Forniss and on or near February 10, 2005, I was escorted to Warden Forniss office and Warden Forniss questioned me in detail regarding the circumstances that had taken place in the Shift Office between myself and Lt. Copeland and Sgt. Rodgers on February 7, 2005. After I had informed Warden Forniss as to what had occurred and after I had answered all of the Wardens questions, Warden Forniss instructed Lt. Browning to have me taken to the Health Care Unit for a Medical Body Chart (Examination).

Approximately two (2) weeks later, an Investigator from the Alabama Department of Corrections Intelligence & Investigation (I&I) Division came and questioned me. Then in late April 2005, I was transported downtown Montgomery where I was given a polograph (lie detector) test.

As of this date, no further action has been taken to my knowledge. The contents of this Statement is true and correct to the best of my knowledge.

DONE THIS __7__ DAY OF __June__ 2005

*Widney H Johnson*
WIDNEY JOHNSON, AIS# 200033