**SENDER:** *COMPLETE THIS SECTION*

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Lt. Willie Copeland
Staton Correctional Facility
P. O. Box 56
Elmore, AL 36025

05-552-c+OP

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X _Tiffany Loveless_    ☐ Agent
☐ Addressee

B. Received by ( Printed Name)    C. Date of Delivery
_Tiffany Loveless_    6/16/2005

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

3. Service Type
☒ Certified Mail    ☐ Express Mail
☐ Registered    ☒ Return Receipt for Merchandise
☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? *(Extra Fee)*    ☐ Yes

2. Article Number
(Transfer from service label)    7004 2510 0001 0150 4750

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540