RECEIVED

IN THE DISTRICT COURT OF THE UNITED STATES
FOR RHE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

2005 JUL -7 ⁚ 9: 30

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DIST. ALA.

WIDNEY H. JOHNSON, #200033        )

      Plaintiff,        )

v.        )        CIVIL ACTION NO. 2:05-CV-552-F

SHARON RODGERS et al.,        )

      Defendants.        )

## MOTION FOR THE APPOINTMENT OF COUNSEL

Comes now the Petitioner Widney H. Johnson, in the above styled
cause and moves this Honorable Court to appoint counsel to repre-
sent him at an evidentiary hearing. In support, the following is
submitted:

    Petitioner Johnson is unlettered in the law and has had a
paralegal assisting him in the preparation and filing of this
action. This would ensure that the petitioner's rights are properly
asserted and protected in accordance with full due process of law.

    All though I don't have a right for the appointment of counsel
the Federal Courts are empowered by statute to appoint counsel
when circumstances justify it. See 28 U.S.C. Section 1915 (d) and
Poole v. Lambert, 819 F.2d 1025, 1028 (11th cir. 1987)
WHEREFORE, premises considered, petitioner prays for the granting
of this motion.

                            Respectfully submitted

                            Widney H. Johnson #200033
                            Widney W. Johnson

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing was mailed to the below listed parties by placing the same in a pre-paid postage and properly addressed envelope and depositing the same in the U.S. Mail on __28th__ day of __JuNE____, 2005.

Widney H. Johnson #200053
Widney W Johnson - petitioner
A IS#200033 D1-21
P.O. 56
Elmore, AL 36025

SERVICE TO:

Alabama Department of Corrections
     Legal Division
P.O. Box 301501
Montgomery, AL 36130-1501