IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

RECEIVED

2005 JUL -8  A 9: 57

WIDNEY H JOHNSON, # 200033
        Plaintiff

V.

SHARON RODGERS, et al.,
        Defendants

CIVIL ACTION NO. 2:05-CV-552-F

## MOTION TO AMEND

COMES NOW the Plaintiff, WIDNEY H JOHNSON, AND humbly Request this HONORABLE COURT to GRANT this MOTION TO AMEND, pursuant to the Federal Rules of Criminal Procedure 15 (A) Plaintiff inadvertly AND INCorrectly Submitted Officer W. Hughes As A Witness in the ABove styled Case but the Witness NAME Should Appear As Correction-Al Officer THomas ALLEN, Plaintiff humbly prays that this Honor-Able Court ACCept this Motion With this Specific Change.

DONE THIS 31th DAY of JUNE 2005

Widney Johnson # 200033
WIDNEY H JOHNSON Plaintiff
STATON CORRECTIONAL Center
P.O. Box 56
ELMORE, AL 36025

## CERTIFICATE OF SERVICE

I Hereby Certify that on this 31th DAY OF JUNE 20005
I Personally Served A Copy to tHE Address below, AND to this
HoNorAble Court.

I sent to: AlABAMA Dept. oF Correction
Legal Devision
P. O Box 301501
MontGomery, ALABAMA 36130-1501

WIDNEY H. JoHNSoN #200033
W. DNEY H. JoHNSoN, PlAiNtiFF
STAton CorrectioNAl CeNter
P. O. Box 56
ElMore, AL 36025-0056