IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| WIDNEY H. JOHNSON, #200033, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 2:05-CV-552-F |
| ) | |
| SHARON RODGERS, et al., ) | |
| ) | |
| Defendants. ) | |

**ORDER ON MOTION**

Upon consideration of the motion to amend filed by the plaintiff on July 8, 2005 (Court Doc. No. 10), in which the plaintiff seeks to correct the identity of a witness, and for good cause, it is

ORDERED that this motion be and is hereby GRANTED.

Done this 12th day of July, 2005.

      /s/Charles S. Coody
      CHARLES S. COODY
      CHIEF UNITED STATES MAGISTRATE JUDGE