IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| WIDNEY H. JOHNSON, # 200033, | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) CASE NO. 2:05cv552-F |
| | ) (WO) |
| SHARON RODGERS *et al.*, | ) |
| | ) |
| Defendants. | ) |

## **O R D E R**

On June 15, 2005, the Magistrate Judge filed a Recommendation in this case to which no timely objections have been filed. Upon an independent review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge, it is

ORDERED as follows:

1.  That the Recommendation is adopted;

2.  That the plaintiff's claims against the Alabama Department of Corrections are DISMISSED prior to service of process in accordance with the provisions of 28 U.S.C. § 1915(e)(2)(B)(i);

3.  That the Alabama Department of Corrections is DISMISSED as a defendant in this cause of action; and

4.  That this case, with respect to the claims against Sgt. Sharon Rodgers and Lt. Willie Copeland, is REFERRED BACK to the Magistrate Judge for appropriate proceedings.

Done this the 27th day of July 2005.

                                                 /s/ Mark E. Fuller
                                    CHIEF UNITED STATES DISTRICT JUDGE