IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| WIDNEY H. JOHNSON, #200033 | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CV 2:05-CV-552-F |
| | ) |
| SHARON RODGERS, et al., | ) |
| | ) |
| Defendants. | ) |

## MOTION FOR ENLARGEMENT OF TIME TO FILE SPECIAL REPORT

Come now the defendants, **Sharon Rodgers and Willie Copeland**, by and through the Attorney General for the State of Alabama, Honorable Troy King, and move, pursuant to Federal Rules of Civil Procedure (FRCVP) 6(b)(2), for an enlargement of time to comply with this Honorable Court's June 15, 2005, ORDER, establishing a deadline for defendants to comply. Due to the length and complexity of plaintiff's complaint and the number of legal issues presented, the undersigned has encountered some difficulty and delay in securing the affidavits and other discovery materials ordered by this Court. Accordingly, the undersigned respectfully requests an additional 30 days to gather the necessary information and file the special report.

Respectfully submitted,

Troy King
Attorney General

/s/ MATTHEW Y. BEAM
MATTHEW Y. BEAM (BEA065)
ASSISTANT ATTORNEY GENERAL

**ADDRESS OF COUNSEL**

Office of the Attorney General
General Civil Litigation
11 South Union Street
Montgomery, Alabama 36130
(334) 242-7340
(334) 242-2433 fax

**CERTIFICATE OF SERVICE**

I hereby certify that this 15th day of August 2005, served a copy of the foregoing on the plaintiff by placing same in the United States mail, postage prepaid and addressed as follows:

Mr. Widney H. Johnson
#200033
Staton Correctional Facility
P.O. Box 56
Elmore, AL 36025

/s/ MATTHEW Y. BEAM
MATTHEW Y. BEAM (BEA065)
ASSISTANT ATTORNEY GENERAL