IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| WIDNEY H. JOHNSON, #200033, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   CIVIL ACTION NO. 2:05-CV-552-F |
| | ) |
| SHARON RODGERS, et al., | ) |
| | ) |
| Defendants. | ) |

**ORDER ON MOTION**

Upon consideration of the motion for extension of time filed by the defendants on August 15, 2005 (Court Doc. No. 15), and for good cause, it is

ORDERED that this motion be and is hereby GRANTED. It is further

ORDERED that the defendants be GRANTED an extension from August 15, 2005 to and including September 12, 2005 to file their answer and special report. The defendants are hereby *cautioned* that no additional extension of time will be granted for the filing of a special report unless they make a showing of exceptional circumstances warranting such an extension.

Done this 16th day of August, 2005.

　　　　　　　　　　　　　　　　/s/Charles S. Coody
　　　　　　　　　　　　　　　　CHARLES S. COODY
　　　　　　　　　　　　　　　　CHIEF UNITED STATES MAGISTRATE JUDGE