Hi Mrs DEBRA P. Hackett        8/24/05
   They move me from Staton to Elmore
I was writting you to tell you I Have move.
Widney Johnson #200033
Elmore CC  A-2                 Civil Action # 2:05-CV-00552
P.O. Box 8
Elmore, AL 36025
                   I thank you

RECEIVED 2005 AUG 26 A 9: 42