**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF ALABAMA**
**NORTHERN DIVISION**

| | |
|---|---|
| **WIDNEY H. JOHNSON, #200033** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | )  **CIVIL ACTION NO: 2:05-CV-552-F** |
| | ) |
| **SHARON RODGERS, et al.** | ) |
| | ) |
| **Defendants.** | ) |

## ANSWER

COME NOW, the defendants, **Sharon Rodgers, Willie Copland** and the

**Alabama Department of Corrections**, by and through the Honorable Troy King,

Attorney General for the State of Alabama, and hereby file this Answer in the above-

styled case stating as follows:

1. Defendants deny each and every material allegation of plaintiff's complaint.

2. Defendants deny that excessive force was used on the plaintiff.

3. Defendants deny that any of the plaintiff's constitutional rights have been
   violated.

## DEFENSES AND AFFIRMATIVE DEFENSES

The defendants contend that the plaintiff has failed to state a cause of action

against them for which relief can be granted.

The defendants did not violate the Plaintiff's Eighth Amendment rights.

The defendants are entitled to qualified and/or good faith immunity for the

allegations in the plaintiff's complaint.

The defendants are entitled to absolute immunity for the claims against them in their official capacity.

Respectfully submitted,

TROY KING
ATTORNEY GENERAL


_____ /s/ MATTHEW Y. BEAM _____
MATTHEW Y. BEAM (BEA065)
ASSISTANT ATTORNEY GENERAL

**ADDRESS OF COUNSEL**

Office of the Attorney General
General Civil Litigation
11 South Union Street
Montgomery, Alabama 36130
(334) 242-7340
fax: (334) 242-2433


## CERTIFICATE OF SERVICE

I hereby certify that this 12th day of September, 2005, I have served a copy of the foregoing on the plaintiff by placing same in the United States mail, postage prepaid and addressed as follows:

Mr. Widney Johnson
AIS: 200033
Elmore Correctional Facility
P.O. Box 8
Elmore, AL  36025


_____ /s/ MATTHEW Y. BEAM _____
MATTHEW Y. BEAM (BEA065)
ASSISTANT ATTORNEY GENERAL