IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION



EXHIBIT
A

| | |
|---|---|
| WIDNEY H. JOHNSON, #200033 ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| VS. ) | CASE NO.: 2:05-CV-552-F |
| ) | |
| SHARON RODGERS, et al. ) | |
| ) | |
| Defendants ) | |

### AFFIDAVIT

State of Alabama             )

County of Elmore            )

Before me, the undersigned authority, a Notary Public in and for said County and State of Alabama at Large, personally appeared Sharon Rodgers, who being known to me and being by me duly sworn, deposes and says on oath as follows:

"My name is Sharon Rodgers. I am presently employed as a Correctional Officer II with the Alabama Department of Corrections at Staton Correctional Facility, P O Box 56, Elmore, Alabama 36025. I am over twenty-one years of age.

This is my response to the Magistrate Judge's Order concerning complaints made by inmate Widney H. Johnson, #200033. I have reviewed the complaint of Inmate Johnson.

In this civil action, Inmate Johnson alleges that he was physically and verbally abused by me.

Inmate Johnson was among several inmates on the sidewalk when I was passing by that erupted in laughter after someone in the group whistled. I spoke to Inmate Johnson and he responded by using rude, provocative and degrading language towards me. I then escorted Inmate Johnson to the Shift Commander's office, where I reprimanded Inmate Johnson concerning his disrespectful remarks toward me on the sidewalk. At that time I made physical contact with Inmate Johnson's face using my hand. I did not intend to injure Inmate Johnson in any way.

To my knowledge, the above-related facts are the entirety of my involvement with Inmate Johnson concerning the allegations on which his complaint is based.

I deny that I have violated any well-established civil rights of Inmate Johnson.

_____
SHARON RODGERS

SWORN TO and SUBSCRIBED before me this 3rd day of August, 2005.

_____
NOTARY PUBLIC

12-8-06
My Commission Expires: