EXHIBIT B

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| WIDNEY H. JOHNSON, #200033 ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| VS. ) | CASE NO: 2:05-CV-552-F |
| ) | |
| SHARON RODGERS, et al. ) | |
| ) | |
| Defendants. ) | |

## AFFIDAVIT

State of Alabama           :

Elmore County              :

Before me, the undersigned authority, a Notary Public in and for said State and County, personally appeared Willie Copeland, who, being known to me and being by me duly sworn, deposes and says on oath as follows:

"My name is Willie Copeland. I am presently employed as a Correctional Supervisor I with the Alabama Department of Corrections at Staton Correctional Facility, P.O. Box 56, Elmore, Alabama 36025. I am over twenty-one years of age.

This is my response to the Magistrate Judge's Order concerning complaints made by inmate Widney H. Johnson, #200033. I have reviewed the Complaint of Inmate Johnson.

In this civil action, inmate Johnson alleges that he was verbally abused by me and that he claims that I stood by while Sergeant Rodgers physically abused him by slapping him.

Inmate Johnson was among several inmates on the sidewalk when Sergeant Rodgers was passing by that erupted in laughter after someone in the group whistled. Sergeant Rodgers confronted Inmate Johnson and he responded by making rude, provocative and degrading remarks towards Sergeant Rodgers. Sergeant Rodgers then escorted Inmate Johnson to the Shift Commander's Office, where Inmate Johnson was reprimanded concerning the inappropriate behavior. Sergeant Rodgers then made physical contact with Inmate Johnson's face using her hand. Inmate Johnson was counseled by Lieutenant Copeland and was then allowed to leave the Shift Commander's Office.

To my knowledge, the above-related facts are the entirety of my involvement with Inmate Johnson concerning the allegations on which his complaint is based.

I deny that I have violated any well-established civil rights of Inmate Johnson.

_____
WILLIE COPELAND

SWORN TO and SUBSCRIBED before me this 9th day of August, 2005.

_____
NOTARY PUBLIC

12-06-08
My Commission Expires: