IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| WIDNEY H. JOHNSON, #200033, | ) |
| | ) |
| PLANTIFF, | ) |
| | ) |
| v. | ) CIVIL ACTION NO.2:05-CV-552-F |
| | ) |
| SHARON RODGERS, *et al.*, | ) |
| | ) |
| DEFENDANTS, | ) |

EXHIBIT O

## AFFIDAVIT

**State of Alabama**     :

**Elmore County**     :

Before me the undersigned authority, a Notary Public in and for said County and State of Alabama at Large, personally appeared Leon Forniss, who being know to me and being by me duly sworn, deposes and says on oath as follows:

My name is Leon Forniss, I am presently employed as a Correctional Warden III with the Alabama Department of Corrections at Staton Correctional Facility, P.O. Box 56, Elmore, Alabama 36025. I am over twenty-one years of age.

This is my response to the Magistrate Judge's Order concerning complaints made by inmate Widney H. Johnson #200033. I have reviewed the complaint of Inmate Johnson and this is my response to his complaint.

In this civil action, inmate Johnson makes no specific complaint against me, but I understand from reading his complaint that he claims that he was physically and verbally abused by Sgt. Rodgers and Lt. Willie Copeland. I received this civil action on or about June 24, 2005.

Inmate Johnson was among several inmates on the sidewalk when Sgt. Rodgers was passing by that erupted in laughter after someone in the group whistled. Sgt. Rodgers then escorted inmate Johnson to the Shift Commanders Office where inmate Johnson was reprimanded concerning the inappropriate behavior. At no time was there any reports of any physical abuse or verbal abuse that was reported by Lt. Willie Copeland or Sgt. Sharon Rodgers to any of their supervisors.

On February 10, 2005 an institutional investigation was conducted, inmate Johnson was interviewed and screened by the medical staff at Staton Healthcare Unit. The results of the examination revealed no injuries.

In addition, there was an extensive investigation conducted by the Alabama Department of Corrections Inspections and Intelligence Division, which concluded some inconsistency in the statements given.

As a result of the investigation it was determined that Lt. Willie Copeland and Sgt. Sharon Rodgers would received disciplinary action.

Inmate Johnson complaints named Officer William Hughes as being present in the Shift Commanders' Office. All statements collected and result from the internal investigation revealed theat Officer William Hughes was never present in the Shift Office during the events described by inmate Widney Johnson.

To my knowledge, the above-related facts are the entirety of my involvement with inmate Johnson concerning the allegations on which his complaint is based.

I deny that I have violated any well-established civil rights of inmate Johnson.

*[signature]*
LEON FORNISS

SWORN TO and SUBSCRIBED before me this 29th day of June 2005.

*[signature]* Margaline B. Deen
NOTARY PUBLIC

12-6-08
My Commission Expires: