# IN THE DISTRICT COURT OF THE UNITED STATES
## FOR THE MIDDLE DISTRICT OF ALABAMA
### NORTHERN DIVISION

WIDNEV. H JOHNSON #200033 )
)
Plaintiff )
V. ) CIVIL ACTION NO. 2:05-CV-552-F
)
SHARON RODGERS, et al., )
Defendants )
)

## MOTION FOR ENLARGEMENT OF TIME TO FILE A RESPONSE to THE written report filed By THE Defendants.

Come Now the Plaintiff. WIDNEY H JOHNSON #200033 Ask THE Honorable Court's for AN Enlargement of TIME TO FILE A Response to THE WRitten report filed By THE Defendants. For AN Enlargement of time to Comply with this Honorable Court's Oct 3, 2005 ORDER, Establishing A DeadLine For Plaintiff to Comply. Due to the tRANsfer of the Plaintiff AND Lost of His Legal Lawyer from THE Correctional Center I was At. THE Plaintiff Prays the Honorable Court respectfully requests AN Additional 30 DAys to gAther the Necessary Information and file the Response to THE written report filed By Defendants.

#200033
WIDNEY H JOHNSON
WIDNEY H JOHNSON #200033
Elmore Correctional Facility
P.O. Box 8
Elmore, AL 36025

ADDRESS OF Plaintiff

Widney H. Johnson #200033 B-2 186B
Elmore Correctional facility
P.O. Box 8
Elmore, AL 36025

CERTIFICATE OF SERVICE

I Hereby Certify that this 26 day of Sept. 20005, served A copy of the foregoing on the Defendants by placing same in the United States mail, Postage prepaid and Addressed as follows:

ADDRESS OF Counsel

Office of the Attorney General
General Civil Litigation
11 South Union Street
Montgomery, AL 36130

Widney H Johnson #200033
Plaintiff NAME  200033 B-2 186B
Widney H Johnson
Elmore Correctional facility
P.O. Box 8
Elmore, AL 36025