IN THE DISTRICT Court OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

RECEIVED
2005 NOV 14
DEBRA P. HACKETT
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

Widney H. Johnson, #200033      )
    Plaintiff                )
                             )
V.                               )   CV 2:05-CV-552-F
                             )
SHARON RODGERS, et Al.,          )
    Defendants.              )

## MOTION FOR ENLARGEMENT OF TIME TO FILE ANSWER ON Defendants REPORT.

Come now the Plaintiff, Widney H Johnson, Ask the Honorable Court to Give me 30 DAYS. I was ship from Elmore Center Back to Staton Center. I have to Get my Paper work from Elmore Center. Due to the tranfer will the Honorable Courts Additional 30 DAYS to Gather the information and file Answer to the Defendants Special Report.

WIDNEY H JOHNSON #200033
Staton Correctional facility
P.O. Box 56
Elmore, AL 36025

## CERTIFICATE OF SERVICE

I Hereby Certify that this 31st Day Oct 2005, Served A Copy of the foreGoing on the DefenDants By Placeing same in the United States mail, Postage Prepaid AND Addressed.

### Address of Counsel

Office of the Attorney General
General Civil Litigation
11 South Union Street
Mont, AL 36130

Plaintiff Widney H Johnson #200033
Staton Correctional Facility
P.O. Box 56
Elmore, AL 36025