IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

WIDNEY H JOHNSON #200033
    Plaintiff
VS

SHARON RODGER, et. Al.
    Defendants.

CIVIL ACTION NO: 2:05-CV-552-F

Notice of Change of Address

I Have Been Transfer Again due to My Civil Suit claim. Im At Ventress Correctional fACILITY
P.O. Box 767  10A 26 Bottom Clayton AL 36016


And I sent one to
Office of tHE Attorney General
General Civil Litigation
11 South Union Street
Mont, AL 36130