IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

RECEIVED
2005 NOV 28 A 10:20

WIDNEY H JOHNSON #200033
Plaintiff

VS

SHARON RODGERS, et.AL.
Defendants

CIVIL ACTION NO: 2:05-CV-552-F

Oppisition To Respondant Motion
Summary Judgement

To the Honorable Courts. On FEB 7 2005 I was Assaulted with Physical force By One of the Defendants Sharon Rodgers And Lt Willie Copeland treatened me with Bodily Harm In the Shift Office. And in the Special Report on Page Six(6) of Special Report the Attorney General for the State of Alabama Corrections stated The defendants were Acting within the Scope of their official duties IN this Instance on Behalf of the State of Alabama) But not on the Behalf of Alabama Department of Correction First Start The Defendants lied in Investigative Report for the Alabama Department of Correction I&I Investigation & Intelligence Division and said the incidented never happen Mr Thomas Allen was in the Shift Office At the Time He Past A PolyGraph Examination Show No Deception I the Plaintiff Past to Widney H Johnson Show No Deception The Lt Willie Copeland Show Deceptions He lied Sharon Rodgers Refuse test. they lied with statement its in my Answer to the Defendants Special Report And on State Paper I&I Division Report from the State of Alabama The Defendant got A 17 points deduction on employees Suspension 5 to 15 without Pay. Disciplinary Action.(D) Abusive or exessive physical force in Dealing with Inmates.(E) Lack of Copperation or refusal to Give Information or verbal/written statement in Connection with employment. An Investigation or Injury. Give false information. Altering An Investigative report and /or Intentionally omitting fact pertinent to the Incident this are two of rules they violate it in the Report from the state Special Report And My Answer

(Its was Brief) But the Attorney General for the state of Alabama stated on PAGE SIX(6) IN Special Report that Defendants were Acting within the Scope of their official duties in this INSTANCE on Behalf of the State of Alabama) ~~Lead removed~~ My AFFIDAVITS AN My Report from I3I Divsion for the STATE OF ALABAMA And wittnesses AND Disciplinary Action AND Records from the STATES I Been seen the Mental Doctor at Ventress for Help. I CANNot stay in one camp they been moving me around facility to facility. I didn't use no Rude Degrading languge toward the Defendants to do what they Did.

I will Past Another Lie test showing No deception on the Behalf. Back to PAGE SIX(6) Attorney General for the STATE OF ALABAM Department of Correctons Legal Divsion "Q" IN the Special Report (SIX) PAGE THE Defendants Acting within the Scope of their official duties in the Instance on Behalf of the STATE OF ALABAMA. Why He Ain't say the STATE of ALABAMA Department of Correction By there I3I Divsion Report & Disciplinary Action AND lieing on a statement to I3I Divsion they was not Doing there Job on the STATE Behalf. I Pray THAT the Honorable Judge AND Courts Grant Oppisition to Respondant Motion Summary Judgement

If was me the other way Around I woulded got more time I Have never Been wrote up at Staton No Disciplinary Action.

Respectfully Submitted
the Plaintiff

Widney H Johnson #200053
Ventress Center
P.O. Box 767  10A26B
Clayton AL 36016

Widney H Johnson #200033
P.O. Box 767
Ventress Center
Clayton AL 36016
　　Plaintiff

Certificate of Service

I Hereby Certify that 22 day of Nov 2005 Served A Copy of the foregoing on the Defendant By placing same in the United States Mail potage prepaid And Addressed As Follows:

Address Counsel
Office of the Attorney General
General Civil Litigation
11 South Union Street
Mont, AL 36130