IN THE UNITED STATES DISTRICT COURT FOR THE
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

Widney H Johnson,
   Plaintiff,

VS.

Sharon Rodgers, et Al,
   Defendant,

CASE NO: 2:05-CV-552-F

### PLAINTIFF'S MOTION FOR APPOINTMENT OF COUNSEL

COMES NOW, Plaintiff, Widney H Johnson #200033, Pro-Se, in the above styled Cause, and respectfully Moves this Honorable Court to Appoint Counsel to represent him in the above styled Cause.

Plaintiff would state the following in support of said Motion:

1. Plaintiff is **not** knowledgeable in the ways of the Legal System.

2. The Plaintiff has a very limited access to Legal Materials or to a Law Library, due to: tranfer prison to prison And Due to this Law Library.

3. The Plaintiff cannot possibly match the experience or the knowledge of the Defendant's Attorney's in this Cause.

4. The Plaintiff must rely on the assistance from Law Clerks, who are not trained as Para-Legals, and just have the least basic knowledge of the Law, and it would not be fair to the Plaintiff to have to match the expertise of the Defendant's Counsel as such.

5. The issues in this cause, while not they are not yet complex, by the time this Case gets in full course, these same issues will be extremely complex and thus confusing to the Plaintiff.

6. The Plaintiff has a very limited access to the Law Books that are provided by the Alabama Department of Corrections, thus there are several Publications that are not bought by the A.D.O.C., and thus not available to the Plaintiff.

WHEREFORE, premises considered, Plaintiff respectfully prays that this Honorable Court will Grant and appoint Counsel to represent him in this matter.

The Ends of Justice would best be met, if this Motion is Granted.

Respectfully Submitted,

DATED: *NOV. 30*, 20*05*

*#200033*
*Widney H. Johnson*
*P.O. Box 767/Ventress*
*Clayton AL 36016*

- 2 -