IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

WIDNEY H. JOHNSON #200033
Plaintiff,

VS.

SHARON RODGERS, et Al.
Defendants.

CASE NO: 2:05-CV-552-F

## Motion For Plaintiff To Submit To A Polygraph test

Comes Now the Plaintiff WIDNEY H. JOHNSON AND Humbly Request this Honorable Court to Grant this Motion for Plaintiff To Submit TO A Polygraph Test To prove His INNOCENCE IN A false statement the Defendants Made IN the AFFIDAVIT EXHIBIT A of the Special Report to the Courts. THE Defendant SHARON RODGERS, et Al. statement IN AFFIDAVIT Says Plaintiff WIDNEY H. JOHNSON #200033 respond by Useing rude, provocative AND degrading Language towards Her IS false statement to Cover up. THE Plaintiff Humbly prays that this Honorable Court Accept this Motion.

Done this ___10th___ DAY of JANUARY 2006

Widney H Johnson #200033
Plaintiff, WIDNEY H. JOHNSON #200033    Dorm 10A
Ventress Correctional Center
P.O. Box 767
Clayton, AL 36016-0767

<u>CERTIFICATE OF SERVICE</u>

I Hereby Certify that on this 10th day of Jan, 2006, I Personally Served A Copy to the Address below, And to this Honorable Court.

I Sent to
   Alabama Dept of Correction
   Legal Devision
   P.O. Box 301501
   Montgomery, AL
       36130-1501

<u>Widney H Johnson #200033</u>
Widney H Johnson, Plaintiff
Ventress Correctional Center
P.O. Box 767 / Dorm 10A 28B
Clayton, AL 36016-0767