IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| WIDNEY H. JOHNSON, #200033, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 2:05-CV-552-F |
| | ) | |
| SHARON RODGERS, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER ON MOTION**

Upon consideration of the motion for plaintiff to submit to a polygraph test filed by the plaintiff on January 12, 2006 (Court Doc. No. 30), and for good cause, it is

ORDERED that this motion be and is hereby DENIED.

Done this 13th day of January, 2006.

                                                   /s/Charles S. Coody
                                                 CHARLES S. COODY
                                                 CHIEF UNITED STATES MAGISTRATE JUDGE