IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| WIDNEY H. JOHNSON, # 200033, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 2:05cv552-MEF |
| | ) | |
| SGT. SHARON RODGERS and | ) | |
| LT. WILLIE COPELAND, | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

The record before the court in this case leads the court to conclude that oral argument may be beneficial. Accordingly, it is

ORDERED that oral argument on the issues raised in this case in the special report of the defendants be and is hereby set on August 13, 2007, at 10:00 a.m. in Courtroom 4-B, in the United States Courthouse, One Church Street, Montgomery, Alabama. It is further

ORDERED that the persons having custody of the plaintiff shall produce the plaintiff for oral argument at the time and place described above.

Done this 17th day of July, 2007.

    /s/Charles S. Coody
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE