IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| WIDNEY H. JOHNSON, AIS 200033 )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>SGT. SHARON RODGERS and )<br>LT. WILLIE COPELAND, )<br>)<br>Defendants. ) | Case No. 2:05cv552-MEF |

### MOTION FOR SUBSTITUTION OF COUNSEL

COMES NOW the undersigned counsel, and moves for substitution of counsel for Defendants, Sgt. Sharon Rodgers and Lt. Willie Copeland, based on the following:

1. Assistant Attorney General Matthew Y. Beam is the counsel of record for the Defendants in this matter. Mr. Beam is no longer employed by the Attorney General's Office, requiring that his civil litigation caseload be reassigned.

2. This case has been reassigned to Assistant Attorney General Billington M. Garrett, who is prepared to represent Defendants: Sgt. Sharon Rodgers and Lt. Willie Copeland, in this matter. Counsel can be served at the address listed below.

WHEREFORE, based on the foregoing, the undersigned counsel requests that he be substituted as counsel of record for the following Defendants: Sgt. Sharon Rodgers and Lt. Willie Copeland.

Respectfully submitted,

TROY KING (KIN047)
Attorney General

/s/ <u>Billington M. Garrett</u><br>
Billington M. Garrett (GAR029)<br>
Assistant Attorney General

ADDRESS OF COUNSEL:

Office of the Attorney General
11 S. Union Street
Montgomery, AL 36130-0152
Telephone: (334) 242-7248
Facsimile:  (334) 242-2433
E-mail: bgarrett@ago.state.al.us

## CERTIFICATE OF SERVICE

I certify that on July 18, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Matthew Y. Beam - matt@ghhclaw.com, shana@ghhclaw.com

and I certify that I have mailed by United States Postal Service First Class Mail to the following non-CM/ECF participant:

Mr. Widney H. Johnson
AIS 200033
Ventress Correctional Facility
P.O. Box 767
Clayton, Alabama 36016

*s/ Billington M. Garrett*
Billington M. Garrett (GAR029)
Assistant Attorney General


BILLINGTON M. GARRETT
Office of the Attorney General
11 S. Union Street
Montgomery, AL 36130-0152
Telephone: (334) 242-7248
Facsimile: (334) 242-2433
E-mail: bgarrett@ago.state.al.us