IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| WIDNEY H. JOHNSON, #200033, | ) |
| Plaintiff, | ) |
| v. | ) CIVIL ACTION NO. 2:05-CV-552-MEF |
| SHARON RODGERS, et al., | ) |
| Defendants. | ) |

**ORDER ON MOTION**

Upon consideration of the motion to substitute counsel filed by Assistant Attorney General Billington M. Garrett on July 18, 2007 (Court Doc. No. 33), and for good cause, it is

ORDERED that this motion be and is hereby GRANTED.

Done this 18th day of July, 2007.

/s/   Charles S. Coody
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE