IN THE UNITED STATES DISTICT COURT

FOR THE MIDDLE DISTICT OF ALABAMA

| | |
|---|---|
| WIDNEY H. JOHNSON # 200033 | ( |
| PLAINTIFF | ( |
| V. | ( |
| SHARON RODGER, ET AL. | CIVIL ACTION NO. 2:05/CV/552/F |
| DEFENDANTS. | |

RECEIVED
2007 JUL 30 A 10: 05
_____ P. HACKETT, _____
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

MOTION TO SUBPOENA WITNESSES

COME NOW, PLAINTIFF WIDNEY H. JOHNSON #200033 ASKING THIS HONORABLE COURT TO SUBPOENA THOMAS ALLEN CO1 STATON CORRECTIONAL FACILITY 334,567-2221 P.O. Box 56 ELMORE, ALABAMA 36025 / HOME#334 569-1311 / HERMAN DULANEY# 212639 AT STATON TO THEY ARE WITNESSES IN THE ABOVE CIVIL ACTION CASE.

THANKS


CERTIFCATE OF SERVICE

I HEREBY THAT THE 26 DAY I HERE BY SERVICE A

COPY TO THE DEFENDANTS,

OFFICE OF THE ATTORNEY GENERAL

GENERAL CIVIL LITIGATION

11 SOUTH UNION STREET

MONT, AL 36130

334-2427340

*Widney H Johnson* #200033
PLAINTIFF
WIDNEY H. JOHNSON#200033

VENTRESS CORRECTIONAL FACILITY

P,O,BOX 767

CLAYTON,AL 36016

NAME Winney H Johnson AIS #220033 DORM # E-152A
VENTRESS CORRECTIONAL FACILITY
P. O. BOX 767
Clayton, AL 36016

MONTGOMERY AL 361
27 JUL 2007 PM 1 T

"This correspondence is forwarded from an Alabama State Prison. The contents have not been evaluated, and the Alabama Department of Corrections is not responsible for the substance or content of the enclosed communication."

Legal Mail

VENTRESS LAW LIBRARY

OFFICE OF CLERKS
UNITED STATES DISTRICT COURT
P.O. Box 711
Montgomery, AL 36101-0711

36101+0711 B007