IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| WIDNEY H. JOHNSON, # 200033, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO.  2:05cv552-MEF |
| | ) | |
| SGT. SHARON RODGERS and | ) | |
| LT. WILLIE COPELAND, | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

Now pending before the court is the plaintiff's motion to subpoena witnesses (doc. # 35) filed on July 30, 2007.  This matter is set for oral argument on August 13, 2007. Witnesses are not necessary for this proceedings.  Accordingly, it is

ORDERED that the motion to subpoena witnesses (doc. # 35) be and is hereby DENIED.

Done this 30th day of July, 2007.


            /s/Charles S. Coody
        CHARLES S. COODY
        CHIEF UNITED STATES MAGISTRATE JUDGE