IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

WIDNEY H. JOHNSON #200033 )
Plaintiff )
)
V. ) CIVIL ACTION No. 2:05cv552-MEF
)
SGT. SHARON RODGERS )
LT. Willie COPELAND, )
Defendants. )

RECEIVED
2007 AUG -9 A 10: 20

## Motion to Apoint Councler

Come Now the Plaintiff Widney H Johnson #200033 Asking this Honorable Courts Please Willing to Apoint the Plaintiff Widney H. Johnson #200033 A Councler. On the Above Case.

I Hereby By Send A Copy
This Date July 31, 07
Legal Divson
Office of Attorney Genrel
11 South Union Street
Montgomery, AL
36130

Widney H Johnson #200033
Plaintiff, Widney H Johnson #200033
Ventress Correction Facilty
P.O. Box 767
Clayton, AL 36016

NAME Widney H Johnson MIS # 200033 DORM # E-152A
VENTRESS CORRECTIONAL FACILITY
P. O. BOX 767
Clayton, AL 36016

"This correspondence is forwarded from an Alabama State Prison. The contents have not been evaluated, and the Alabama Department of Corrections is not responsible for the substance or content of the enclosed communication."

VENTRESS
LAW LIBRARY  36101+0711

In the United States
District Court of Middle District
Northern Division
(Offices of Clerks)
P.O. Box 711
Montgomery, AL 36101-0711