**STATE OF ALABAMA** Civil No: 2:05-CV-552-F
Department of Corrections CHANGE of Address
Inmate Stationery

To: Office of Clerks

I'm BACK AT Ventress Correctional Facility. I Sent Defendants the same copy. The Honorable Magistrate Judge Charles S. Coody gave Defendants Lawyer 15 days to make a settlement with me. I talk with the defendants Lawyer After the Oral Argument on the 13 of August 07 He said He was going to Haller at me at Ventress Correctional Facility. After we talk. I Gave there lawyer a price He said He was come to talk me But He Aint Showed up yet. I'm sueing them indiviauals

NAME Wedsleyh Johnson AIS #2653 DORM # H-20A
VENTRESS CORRECTIONAL FACILITY
P. O. BOX 767
Clayton, AL 36016

MONTGOMERY AL 361
04 SEP 2007 PM 1 T

"This correspondence is forwarded from an Alabama State Prison. The contents have not been evaluated, and the Alabama Department of Corrections is not responsible for the substance or content of the enclosed communication."

Legal
Mail

OFFICE OF THE Clerks
UNITED STATES DISTRICT Court
P.O. Box 711
Montgomery, AL 36101-0711

36101+0711