EXHIBIT ¢

IN THE STATES DISRICT COURT FOR THE MIDDLE DISTRICT OF ALABAMA NORTHERN DIVISION

WIDNEY H, JOHNSON #200033

V. PLANTIFF,

SHARON RODGERS, ET AL., AND

DEFENDANTS

LT,WILLIE COPELAND

RECEIVED
2007 SEP -5 A 9: 28
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

CIVIL ACTION NO ,2.05-CV-552-F

## MOTION TO AMENDED DAMAGES

16 Hundreds Dollars
COMPENSATORYDAMAGES- FOR their ACTIONS, conduct, HIT to FACE, EMOTIONAL STRESS, AFFECTED ME MENTALLY AND SPIRITUALLY.

10, THOUNSAND Dollars
PUNITIVE DAMAGES- TO ENSURE that the AL.DOC has it,s officer maintain a professional attitude at all times, and are trained for such.
TO ENSURE THAT THE AL.DOC HAS IT OFFICERS REFUSE TO(BACK UP) ROGUE OFFICERS who go out side the RULES AND REGULATIONS, AND TRAIN FOR SUCH :
TO PUNISH THE DEFENDANTS and to CONVINCE same never to REPEAT THE BEHAVIOR AS stated in the Litigation. I,M sueing THE DEFENDANTS INDIVIDUALLY,

I here by sent a copy to OFFICE OF THE ATTORNEY GENERAL 8-30-07
GENERAL CIVIL LITIGATION
11 SOUTH UNION STREET
MONTG, AL 36130

Widney H, Johnson # 200033
Ventress CORRECTIONAL FACILITY
P.O. BOX 767
CLAYTON, AL 36016

NAME Widney Wilson  AIS #226653  DORM # H-20A
VENTRESS CORRECTIONAL FACILITY
P. O. BOX 767
Clayton, AL 36016

MONTGOMERY AL 361
04 SEP 2007 PM 1 T

Legal Mail

"This correspondence is forwarded from an Alabama State Prison. The contents have not been evaluated, and the Alabama Department of Corrections is not responsible for the substance or content of the enclosed communication."

Office of the Clerks
United States District Court
P.O. Box 711
Montgomery AL 36101-0711