IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| WIDNEY H. JOHNSON, #200033, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 2:05-CV-552-MEF |
| | ) | |
| SHARON RODGERS, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER ON MOTION**

Upon consideration of the motion to amend damages filed by the plaintiff on September 5, 2007 (Court Doc. No. 41), in which the plaintiff seeks to amend the amount of compensatory and punitive damages sought from the defendants, and for good cause, it is

ORDERED that the motion to amend damages be and is hereby GRANTED.

Done this 5th day of September, 2007.

/s/   Charles S. Coody
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE