IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| WIDNEY H. JOHNSON, #200033, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )    CIVIL ACTION NO.  2:05cv552-MEF |
| | ) |
| SHARON RODGERS, *et al.*, | ) |
| | ) |
| Defendants. | ) |

**ORDER**

On September 13, 2007, the parties notified the court that they had reached an amicable settlement of all issues.  Accordingly, it is

ORDERED that on or before September 28, 2007, the parties shall file a joint stipulation for dismissal.

Done this 14th day of September, 2007.

    /s/Charles S. Coody
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE