**STATE OF ALABAMA**
Department of Corrections
*Inmate Stationery*

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

WIDNEY H. JOHNSON #200033
PLAINTIFF

V.                                CIVIL ACTION NO. 2:05/CV/552/F

SHARON RODGER, ET AL
DEFENDANTS

Motion for Defendants to Pay Court Fee With Settlement

Come Now, Plaintiff Widney H. Johnson #200033 asking this Honorable Court that the Defendants pay the Court Fee with the Settlement. For Defendants to pay the fileing fee on the 1983 form with Settlement it apart of Settlement.

Thanks the Honorable Courts

I Hereby Send A Copy to Defendant
9/12/07

Office of the Attorney General
General Civil Litigation
11 South Union Street
Montgomery, AL 36130

Widney H Johnson #200033
Ventress Corr/Facility
P.O. Box 767
Clayton, AL 36016

RECEIVED
2007 SEP
DEBRA P. HACKETT
U.S. DISTRICT COURT
MIDDLE DISTRICT AL

NAME Widney H Johnson AIS # 200633 DORM # H-20-A
VENTRESS CORRECTIONAL FACILITY
P. O. BOX 767
Clayton, AL 36016

"This correspondence is forwarded from an Alabama State Prison. The contents have not been evaluated, and the Alabama Department of Corrections is not responsible for the substance or content of the enclosed communication."

MONTGOMERY AL 361
13 SEP 2007 PM 2 T

OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
P.O. BOX 711
MONTGOMERY, AL 36101-0711

36101+0711