IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

WIDNEY H. JOHNSON )
)
    Plaintiff, )
)
VS. )
) CASE #: 2:05-CV-552-MEF-CSC
)
SHARON RODGERS, WILLIE )
COPELAND and the STATE OF )
ALABAMA DEPARTMENT OF )
CORRECTIONS )
)
    Defendants. )

## JOINT STIPULATION OF DISMISSAL

COME NOW Widney Johnson (hereinafter referred to as the "Plaintiff"), and Sharon Rodgers, Willie Copeland and the State of Alabama Department of Corrections, including but not limited to any employee, agent, servant, contractor, officer and/or director of the State of Alabama Department of Corrections, (hereinafter collectively referred to as the "Defendants") and show unto the Court that they have resolved all claims, issues and controversies between them. The parties respectfully request this Honorable Court to enter an Order dismissing all claims of the Plaintiff against the Defendants, with prejudice, with each party to bear its own costs.

Respectfully submitted this 27 day of Sept, 2007.

_____
WIDNEY JOHNSON

Sworn to and subscribed before me on this the 27th day of September, 2007.

*Reba S Currie*
NOTARY PUBLIC

My Commission Expires: 9-8-08

*Billington M Garrett*
BILLINGTON M. GARRETT
Assistant Attorney General
Attorney for the Defendants

OF COUNSEL:

OFFICE OF THE ATTORNEY GENERAL
11 South Union Street
Montgomery, AL 36130
(334) 242-7300
(334) 242-2433 (fax)