IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| WIDNEY H. JOHNSON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 2:05cv552-MEF |
| | ) |
| SHARON RODGERS, | ) |
| | ) |
| Defendant. | ) |

**FINAL JUDGMENT**

Upon consideration of the joint stipulation for dismissal (Doc. # 45) filed on September 27, 2007, it is

ORDERED and ADJUDGED that this case be and is hereby DISMISSED with prejudice, each party to bear his or her own costs.  It is further

ORDERED that all pending deadlines are terminated and all pending motions are hereby DENIED as MOOT.

DONE this the 28th day of September, 2007.

                                              /s/ Mark E. Fuller
                                      CHIEF UNITED STATES DISTRICT JUDGE